Jason S. Roberts, Esq. (SBN 221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: jroberts@schuckitlaw.com

Attorneys for Defendant
TRANS UNION, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| RACQUEL PIERRO,<br>　　　　　Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and FREEDOM MORTGAGE CORPORATION;<br>　　　　　Defendants. | CASE NO. 2:21-cv-01741-JAM-AC<br><br>**TRANS UNION LLC'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Trans Union LLC ("Trans Union"), by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

TransUnion discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

|   |   |   |
|---|---|---|
| 1 |   | SCHUCKIT & ASSOCIATES, P.C. |
| 2 | Date: October 4, 2021 | */s/ Jason S. Roberts* |
| 3 |   | Jason S. Roberts (SBN 221978)<br>Attorney for Defendant<br>TRANS UNION, LLC |