**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACQUEL PIERRO,<br><br>   Plaintiff,<br><br> v.<br><br>TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FREEDOM MORTGAGE CORPORATION<br><br>   Defendants. | Case No.: 2:21-cv-01741-JAM-AC<br><br>District Court Judge Hon. John A. Mendez<br>Magistrate Judge Hon. Allison Claire<br>Dept. 6<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT FREEDOM MORTGAGE CORPORATION'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br><u>**Complaint Filed**</u>: September 24, 2021<br><u>**Trial Date**</u>: N/A |

  The Court having considered the Stipulation to Extend Defendant Freedom Mortgage Corporation's Deadline to File Responsive Pleading entered into by and between *plaintiff* RACQUEL PIERRO ("<u>Plaintiff</u>") and *defendant* FREEDOM MORTGAGE CORPORATION ("<u>Defendant</u>"), and good cause appearing therefor,

///

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT FREEDOM MORTGAGE CORPORATION'S DEADLINE TO FILE RESPONSIVE PLEADING**

18414472.1

**IT IS ORDERED THAT** the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendant shall have until **November 19, 2021** to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  October 14, 2021         /s/ John A. Mendez
                                 _____
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT FREEDOM MORTGAGE CORPORATION'S DEADLINE TO FILE RESPONSIVE PLEADING**

18414472.1