UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACQUEL PIERRO,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FREEDOM MORTGAGE CORPORATION<br><br>    Defendants. | Case No.: 2:21-cv-01741-JAM-AC<br><br>District Court Judge Hon. John A. Mendez<br>Magistrate Judge Kimberly J. Mueller<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT FREEDOM MORTGAGE CORPORATION'S DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Current Response Date: November 19, 2021<br>New Response Date: December 20, 2021 |

    The Court having considered the Stipulation to Extend Defendant Freedom Mortgage Corporation's Deadline to File Responsive Pleading entered into by and between *plaintiff* RACQUEL PIERRO ("Plaintiff") and *defendant* FREEDOM MORTGAGE CORPORATION ("Defendant"), and good cause appearing therefor,

    **IT IS ORDERED THAT** the Stipulation is **APPROVED**.

    **IT IS FURTHER ORDERED** that Defendant shall have until **December 20, 2021** to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED: November 19, 2021      /s/ John A. Mendez
                              _____
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE