Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Racquel Pierro

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RACQUEL PIERRO<br><br>      Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.,<br><br>      Defendants. | Civil Case No.: 2:21-cv-01741-JAM-AC<br><br>**ORDER** |

## **ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  September 8, 2022              /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE